**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| AFTON N. DETJEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. |
| | ) |
| THERMO FISHER SCIENTIFIC, INC. | )   JURY TRIAL DEMANDED |
| | ) |
| Defendant, | ) |
| | ) |
| Serve: | ) |
| Capitol Corporate Services, Inc. | ) |
| 222 E. Dunklin, Suite 102. | ) |
| Jefferson City, MO 65101 | ) |

**<u>COMPLAINT</u>**

**COMES NOW** Plaintiff, by and through undersigned counsel, and for her

Complaint, states as follows:

1.      Plaintiff is an individual residing in St. Louis County, State of Missouri.

(hereinafter "Plaintiff").

2.      Thermo Fisher Scientific, Inc. (hereinafter "Defendant") is a Delaware

corporation registered with the State of Missouri Secretary of State and doing business in

St. Louis City and St. Louis County, State of Missouri where Plaintiff was located for the

duration of Plaintiff's employment with Defendant.

3.      Plaintiff filed a charge with the Equal Employment Opportunity

Commission ("EEOC") on November 18, 2021 against Defendant. The EEOC issued its

"Right to Sue" letter on May 27, 2023. A true and correct copy of Plaintiff's EEOC

charge and EEOC's "Right to Sue' letter are attached hereto as Exhibits A and B,

respectively. *See Exhibits A and B attached hereto*

4.      This action is based on the EEOC charge attached hereto as Exhibit A

provided pursuant to 42 USC 2000e, et. seq., known as The Civil Rights Act of 1964. This Court has original jurisdiction over this matter pursuant to 42 USC 2000e, et. seq. and 28 USC 1331. *See Exhibit A attached hereto.*

5.      42 USC 2000e-5(f)3 provides this action may be brought in any judicial district in the State in which the unlawful employment practice is alleged to have been committed, in this case St. Louis County, State of Missouri, located in the Eastern District of Missouri.

6.      Defendant operates an office in St. Louis City, State of Missouri where Plaintiff was employed at all times herein.

7.      Plaintiff was employed by Defendant since October 10, 2011 as a Biopharmaceutical Technician.

8.      On, or about, July 15, 2020, Defendant and Plaintiff's supervisor employed by Defendant were informed of a prior EEOC Charge filed by Plaintiff against Defendant and a subsequent Right to Sue issued to Plaintiff relating to that Charge.

9.      Between July 2020 and January 2, 2021, in a continuing and ongoing fashion, Plaintiff was illegally and improperly suspended and harassed by Defendant and Plaintiff's supervisor employed by Defendant, in violation of 42 USC 2000e et. seq., in retaliation for the prior EEOC Charge filed by Plaintiff and Right to Sue issued by the EEOC.

10.     As result of harassment by Defendant and Plaintiff's supervisor employed by Defendant that was continuing and ongoing from July 2020, Plaintiff was illegally and improperly discharged by Defendant, in violation of 42 USC 2000e et. seq., on February 1, 2021 in further retaliation by Defendant for the prior EEOC Charge filed by Plaintiff and Right to Sue issued by the EEOC.

11.     After Plaintiff was discharged by Defendant, Defendant and Plaintiff's

supervisor employed by Defendant improperly and illegally, in violation of 42 USC 2000e, and in further retaliation against Plaintiff, gave Plaintiff a negative referral to a prospective employer costing Plaintiff a valuable job opportunity.

12.     As a result of Defendant and Plaintiff's supervisor employed by Defendant's conduct, Plaintiff was illegally and improperly suspended, harassed by Defendant, and illegally and improperly discharged from her employment with Defendant. Defendant and Plaintiff's supervisor employed by Defendant further illegally and improperly harmed Plaintiff by issuing a negative referral in retaliation against Plaintiff.

13.     As a result of Defendant and Plaintiff's supervisor employed by Defendant's conduct, Plaintiff has suffered emotional trauma and harm and other damages, including diminished work prospects, in violation of 42 USC 2000e, et. seq. and is entitled to relief under 42 USC 2000e, et. seq.

**WHEREFORE**, Plaintiff prays that this Honorable Court find in favor of Plaintiff and against Defendant in the amount of at least $1,000,000.00, plus punitive damages in the amount of at least $1,000,000.00, attorney's fees as appropriate and other relief as is just and equitable.

Respectfully submitted,

/s/ J. Christopher Wehrle
James Christopher Wehrle, #45592MO
**WEHRLE LAW LLC**
2601 S. Hanley Rd.
St. Louis, Missouri 63144
(314) 272-4113
(314) 272-4107 Facsimile
chris@wehrlelaw.com

Exhibit A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 560-2021-01715 |

**MISSOURI COMMISSION ON HUMAN RIGHTS** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>**MRS. AFTON N DETJEN** | Home Phone<br>**314-494-3430** | Year of Birth |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **7408 WAYNE AVENUE, UNIVERSITY CITY,MO 63130** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**THERMO FISHER SCIENTIFIC** | No. Employees, Members<br>**Unknown** | Phone No.<br>**(314) 406-1026** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **4766 LAGUARDIA DRIVE, WOODSON TERRACE, MO 63134** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **07-15-2020**   Latest **02-01-2021**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**On or around 10/10/2011, I was hire by the above named employer as a Biopharmaceutical Technician. Lakesha Seals, Production Supervisor, was my immediate supervisor. I was suspended, discharged and received a bad referral after I filed an EEOC complaint.**

**On or around 7/15/2020, my employer was informed of my notice of rights to sue given to me by the EEOC. Subsequently, between 7/2020 and 1/2/2021, I was suspended, harassed and then discharged on 2/1/2021 and lost a job opportunity when my this employer gave a bad referral.**

**For the above stated reasons, I believe that I was retaliated against after engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Afton N Detjen on 12-07-2021 03:26 PM EST** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:**  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.    **FORM NUMBER/TITLE/DATE.**  EEOC Form 5, Charge of Discrimination (11/09).

2.    **AUTHORITY.**  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.    **PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.    **ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.    **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Exhibit B

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:   **Mrs. Afton N. Detjen**<br>**7408 Wayne Avenue**<br>**UNIVERSITY CITY, MO 63130** | From:   **St. Louis District Office**<br>**1222 Spruce St, Rm 8 100**<br>**St Louis, MO 63103** |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **560-2021-01715** | **WALTER HARRIS,**<br>**Investigator** | **13147981943** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

> More than 180 days have passed since the filing of this charge.

> The EEOC is terminating its processing of this charge.

***Equal Pay Act (EPA):*** *You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**Catherine A. Welker**

Digitally signed by Catherine A. Welker
Date: 2023.05.27 12:25:40 -05'00'

p.p

Enclosures(s)

**David Davis**
**Acting District Director**

cc:   **Jessica  Liss**
      **jessica.liss@jacksonlewis.com**

      **Christopher   Wehrle**
      **Wehrle Law**
      **2601 S Hanley Road**
      **BRENTWOOD, MO 63144**

Enclosure with EEOC
Form 161‑B (01/2022)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION     --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE     --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***